UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLY SANCHEZ,

                     Petitioner,

    -against-

WARDEN AT F.C.I. HAZELTON,

                     Respondent.

24cv1251 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 1, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 2, 2024
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge